Nelson G. Page, Esquire
BURR, PEASE & KURTZ
810 N Street, Ste. 300
Anchorage, AK 99501-3293
Telephone:   (907) 276-6100
Fax No.:     (907) 258-2530
Email:       NGP@bpk.com

*Attorneys for Defendants Bank of America N.A.,
And BAC Home Loans Servicing, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR THORPE,<br><br>               Plaintiff,<br>   v.<br><br>BANK OF AMERICA N.A.,<br>BAC HOME LOANS SERVICING, LP,<br>AND SETERUS, INC.,<br><br>              Defendants. | Case No. _____ |

## NOTICE OF REMOVAL

Defendant Bank of America, N.A, for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P., formerly known as Countrywide Home Loan Servicing LP, (improperly named as separate Defendants Bank of America N.A., and BAC Home Loans Servicing, LP) ("BANA"), through its attorneys, hereby submits the

NOTICE OF REMOVAL                                                          157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*                          Page 1 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 1 of 8

following as its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and states as follows:

## A.   THE STATE COURT ACTION

1. On April 26, 2016, Plaintiff Arthur Thorpe ("Plaintiff") filed his Petition ("Petition") in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-16-6221 CI (the "State Court Action"). *See* Complaint, included in the State Court File, attached hereto as Exhibit A.

2. A Summons and the Complaint were served on BANA on August 18, 2016, via its registered agent CT Corporation System in Juneau, AK.

3. In his Complaint, Plaintiff asserts two (2) separate claims against BANA, including claims for breach of contract (Complaint ¶¶ 14 – 21) and promissory estoppel (Complaint ¶¶ 22-27).

4. Plaintiff alleges that in 2009, he executed and returned a loan modification with BANA and that the agreement was not properly put into effect. *See,* Complaint ¶ 11-12. Because of this, the Plaintiff received a notification in 2016 of a foreclosure by Seterus. *See*, Complaint ¶ 13.

5. To date, BANA has not served an answer or response to Plaintiffs' Complaint.

NOTICE OF REMOVAL                                                              157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*                              Page 2 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 2 of 8

## B. CITIZENSHIP OF THE PARTIES

6. Plaintiff is a citizen of the State of Alaska. Plaintiff was at all times mentioned in his Petition a resident of the State of Alaska, residing at 6700 Roundtree Drive, Anchorage, AK, 99507 (the "Property") and, by filing this action wherein he seeks to retain possession of the Property has demonstrated an intent to remain in Alaska indefinitely. (Complaint, Prayer for Relief).

7. Defendant BANA is a national banking association organized under the laws of the United States, with its principal place of business and main office, as set forth in its articles of association, in the State of North Carolina. As such, BANA is a citizen of North Carolina for the purposes of diversity jurisdiction. *See* 28 U.S.C. § 1348 ("All national banking associations shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located."); *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006) (holding that a national bank "is a citizen of the State in which its main office, as set forth in its articles of association, is located.").

8. Defendant Seterus, Inc., is a citizen of Delaware and North Carolina. At the time this action was commenced, and at all times since, including at the time this Notice of Removal is filed, Seterus, Inc., is a corporation organized under the laws of Delaware with its principal place of business in North Carolina. Accordingly, for purposes of diversity jurisdiction, Seterus, Inc., is a citizen of Delaware and North

NOTICE OF REMOVAL  157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*  Page 3 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 3 of 8

Carolina. Seterus, Inc., is not now and never has been a citizen of the State of Alaska within the meaning of 28 U.S.C. § 1332(c).

9. Thus, complete diversity of citizenship exists between Plaintiff and Defendants for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

C. **GROUNDS FOR REMOVAL**

10. Under Section 1441 of Title 28 of the United States Code, Congress established a defendant's statutory right to remove a case from state court when the elements of the case satisfy the requirements necessary for invoking a federal district court's original jurisdiction. 28 U.S.C. § 1441(a). Article III, section 2 of the United States Constitution provides that a district court's judicial power extends to controversies "between citizens of different states." U.S. Const., Art. III, § 2. Congress identified the elements of diversity of citizenship jurisdiction in section 1332 of Title 28 of the United States Code, providing first, that no single plaintiff may have the same citizenship as any single defendant and second, that the amount in controversy must exceed "the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). These requirements are met here.

11. This Court's jurisdiction must be assessed by examining the Complaint on its face as of the time of filing this Notice of Removal. *See Wis. Dep't of Corr. V. Schacht*, 524 U.S. 381, 390 (1998) ("[F]or purposes of removal jurisdiction, we are to look at the case as of the time it was filed in state court.") (citing *St. Paul Mercury*

NOTICE OF REMOVAL  157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*  Page 4 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 4 of 8

*Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 291 (1938), "[T]he status of the case disclosed by the plaintiff's complaint is controlling in the case of removal. . . .").

### D.   AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

12.   From the face of the Plaintiff's Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

13.   Although Plaintiff does not identify a sum certain that he is hoping to recover with his Complaint, Plaintiff alleges that in 2004, he and Bank of America entered into a Mortgage transaction. *See,* Complaint, ¶ 8. The amount of the Note was $206,000.00, and was secured by real property as set forth the Mortgage. *See*, Note and Mortgage, attached hereto as Exhibits B and C, respectively.

14.   Plaintiff seeks, among other things, specific performance under the terms of a loan modification agreement that was negotiated in 2009, so as to ultimately save his home from foreclosure. *See* Complaint, ¶¶ 17, 18, Prayer for Relief.

15.   Plaintiff alleges that, as a result of BANA's breach of the modification agreement, he was damaged in the form of further delinquency in his loan obligations, as well as accumulated late charges and fees that would not have otherwise accrued against his account. *See* Complaint ¶ 20.

16.   Plaintiff further alleges that the modification agreement required that he make a significant lump sum payment in the amount of $6,159.86, which he made in

NOTICE OF REMOVAL                                                                                            157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*                                          Page 5 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 5 of 8

reliance on the terms of the modification agreement, as well as monthly payments pursuant to the modification terms. *See*, Complaint, ¶¶ 16, 23.

17. "[J]urisdictional amount is determined by the **value of the object** plaintiff is seeking." *Gerome v. United Servs. Auto. Ass'n*, 2013 WL 12098782, at *2 (D. Alaska June 4, 2013) (emphasis added), attached hereto as Exhibit D.

18. With respect to Plaintiff's request for specific performance, the value of the object of the litigation is represented by the value of the Property encumbered by the Mortgage that Plaintiff seeks to reinstate. Should Plaintiff's claims fail the result is that the Property is subject to foreclosure, as the Plaintiff has failed to make his mortgage payments pursuant to the terms of the Note and Mortgage.

19. Further, Plaintiff also seeks unspecified damages, declaratory judgment, actual, exemplary and/or statutory minimum damages, restitution and prejudgment interest. *See,* Complaint ¶ Prayer for Relief.

20. Accordingly, by Plaintiff's own allegations and claims, the amount in controversy easily exceeds $75,000.00.

21. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a) because this action is between citizens of different states and the amount of controversy exceeds $75,000.

22. Complete diversity exists because Plaintiff and the Defendants, BANA and Seterus, Inc., are citizens of different states. *See supra* ¶¶ 6-8.

NOTICE OF REMOVAL                                                       157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*                       Page 6 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 6 of 8

23. This Notice of Removal is filed within thirty (30) days of the date of service and is therefore timely pursuant to pursuant to 28 U.S.C. § 1446(b)-(c).

24. A copy of this Notice of Removal will be filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, and served upon Plaintiff's counsel, pursuant to 28 U.S.C. § 1446(d).

25. The United States District Court for the District of Alaska is the federal judicial district embracing the Superior Court for the State of Alaska, Third Judicial District at Anchorage, where this suit was originally filed. Venue is therefore proper in this Court under 28 U.S.C. § 1441(a).

26. Defendant has attached a copy of all process, pleadings, and orders that have been served upon it in this action.

27. Accordingly, the requirements of 28 U.S.C. § 1446(a), (b), and (d) are satisfied, and Defendant asks that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in the state court in accordance with federal law. Defendant further requests that the removal of this action be entered on the docket of this Court and that the Court grant it other and further relief to which it may be legally and equitably entitled.

WHEREFORE, Defendant Bank of America, N.A. hereby removes this case from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to this Court for all further proceedings, as provided by law, and that, pursuant to 28

NOTICE OF REMOVAL  157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*  Page 7 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 7 of 8

U.S.C. § 1446, the Superior Court for the State of Alaska, Third Judicial District at Anchorage, proceed no further unless and until such further Order of this Court.

DATED: September 19, 2016

/s/ Nelson G. Page

BURR, PEASE & KURTZ

810 N Street, Suite 300
Anchorage, AK 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
E-mail: NGP@bpk.com
Alaska Bar # 7911121
*Attorneys for Defendants*
*Bank of America N.A., and*
*BAC Home Loans Servicing, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2016,
I served the foregoing by U.S. Mail and I electronically
filed this document with the Clerk of Court
using the CM/ECF system which will send notification
of such filing to the following individuals via e-mail addresses:

Daniel I. Pace
Pace Law Offices
101 E. 9th Ave., Ste. 7A
Anchorage, AK 99501
*Attorney for Plaintiff*

David A. Devine
Sarah A. Badten
Groh Eggers, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
*Attorneys for Defendant Seterus, Inc.*

By: */s/Nelson G. Page*

NOTICE OF REMOVAL  157581 / 1926-22
*Arthur Thorpe v Bank of America, N.A.,*
*BAC Home Loans Servicing, LP, and Seterus, Inc.*  Page 8 of 8

Case 3:16-cv-00221-SLG   Document 1   Filed 09/19/16   Page 8 of 8