Daniel L. Pace
PACE LAW OFFICES
101 E 9th Ave. Ste 7a
Anchorage, AK 99501
Telephone: (907) 222-4003
Facsimile: (907) 222-4006
Dan@PaceLawOffices.com

ATTORNEY FOR PLAINTIFF
Arthur Thorpe

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ARTHUR THORPE,

    Plaintiff,

-vs-

BANK OF AMERICA N.A.,
BAC HOME LOANS SERVICING, LP,
and
SETERUS, INC.

    Defendants.

Case No. 3AN-16-6221 CI

PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT

COMES NOW Plaintiff Arthur Thorpe, by and through his attorney Daniel L. Pace and the Pace Law Offices and alleges the following as his complaint:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to AS 22.10.020.
2. Venue is proper under AS 22.10.030 and Civil Rule 3(b).

## PARTIES

3. Plaintiff Arthur Thorpe bought a home in the Third Judicial District which is the subject matter of this lawsuit
4. Defendant Bank of America ("BOA") is a mortgage lender that does business in the Third Judicial District.
5. Defendant BAC Home Loans Servicing, LP is a home mortgage servicer that does/did business in the Third Judicial District without an Alaska Business License.
6. Defendant Seterus, Inc. is a mortgage loan servicer business formed pursuant to the laws of the State of Alaska.

## FACTS AND GENERAL ALLEGATIONS

7. Plaintiff is a resident of the State of Alaska.
8. Plaintiff received a mortgage from BOA in 2004.
9. In March of 2009 plaintiff sought to reduce his mortgage payment and applied for a loan modification through BOA.
10. Plaintiff proved all tax returns, paystubs, and divorce documentation to BOA.
11. Plaintiff received an offer to modify his mortgage from BOA. Terms and Conditions agreement included. Plaintiff signed modification which included a capital reduction of $6,159.86 that was sent to and tendered by BOA.

PACE
LAW OFFICES
101 E. 9th Ave. STE 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PACELAWOFFICES.COM

12. Approximately one year later, without cause, BOA refused to accept Plaintiff's mortgage payments and sent a demand notice for the balance of the mortgage due in full.

13. On March 3, 2016 Plaintiff received a notice to foreclose from Alaska Trustee on behalf of Seterus.

## COUNT I

### Breach of Contract

14. Plaintiff repeats and re-alleges every allegation above as if set forth herein in full.

15. The standard contract Agreement sent by BOA to Plaintiff constitutes a valid offer

16. By executing the Agreement and returning them to BOA along with a cashier's check for $6,159.86, Plaintiff accepted BOA's offer.

17. Alternatively, Plaintiff's return of the Agreement constitutes an offer. Acceptance of this offer occurred when BOA accepted Plaintiff's capital reduction and monthly payments.

18. BOA breached the contract when it started to foreclose.

19. Plaintiff remains, ready, willing, and able to perform under the contract.

20. By breaching the Plaintiff's loan modification, BOA caused Mr. Thorpe damages in the form of further delinquency, charges and fees that would not otherwise have accrued.

21. Seterus refuses to comply with the terms of the modification agreement.

## COUNT II

### Promissory Estoppel, in the alternative

PACE LAW OFFICES
101 E. 9th Ave. Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

22. Plaintiff repeats and re-alleges every allegation above as if set forth herein in full.

23. BOA, by way of its Agreements, made representations to the Plaintiff that if he returned the Agreement executed and with his capital reduction payment of $6,159.86 and made his payments, he would receive a permanent modification.

24. BOA's Agreement was intended to induce Plaintiff to rely on it and make his monthly payment.

25. Plaintiff did indeed rely on BOA's representation, by submitting payments.

26. Given the language in the Agreement, Plaintiff's reliance was reasonable.

27. Plaintiff's reliance was to his detriment.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

a. Enter a judgement declaring the acts and practices of BOA complained of herein to constitute a breach of contract and a breach of the covenant of good faith and fair dealing, as well as a declaration that they are required by the doctrine of equitable estoppel to offer permanent modification to the Plaintiff on the terms promised in the Plaintiff's permanent modification, together with an award of monetary damages and other available relief on those claims;

b. Order specific performance of BOA's contractual obligations together with other relief required by contract and law;

c. Award actual, exemplary and/or statutory minimum damages to the Plaintiff;

d. Award restitution and prejudgment interest;

PACE
LAW OFFICES
101 E. 9th Ave. STE 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PACELAWOFFICES.COM

Complaint
*Thorpe v. Bank of America, et al.* Case No. 3AN-16-_____ CI

Page 4 of 5

Case 3:16-cv-00221-SLG   Document 1-1   Filed 09/19/16   Exhibit A, Page 4 of 5
CASE No. _____

1  e.  Award Plaintiff the cost of this action, including the fees and costs of experts,
2  together with reasonable attorneys' fees;
3  f.  Grant Plaintiff further relief as this Court finds necessary and proper.

5  DATED this 25 day of April, 2016, in Anchorage, Alaska.

PACE LAW OFFICES
Attorney for Defendant

By: _____
Daniel I. Pace
Alaska Bar No. 1305008

PACE
LAW OFFICES
101 E. 9th Ave. STE 7A
ANCHORAGE, AK 99501
TEL: 907-222-1003
FAX: 907-222-4006
PACELAWOFFICES.COM

Complaint
Thorpe v. Bank of America, et al. Case No. 3AN-16-_____CI
Page 5 of 5

Case 3:16-cv-00221-SLG   Document 1-1   Filed 09/19/16   Page 5 of 5
EXHIBIT A, Page 5 of 5
CASE No. _____